IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE                                    *        CASE NO. 10-07606 ESL

LAURA M. COLLAZO RODRIGUEZ              *        CHAPTER 7

                                         *

DEBTOR (s)

**INFORMATIVE MOTION
RE: CHANGE OF POSTAL ADDRESS**

TO THE HONORABLE COURT:

COMES NOW, **LAURA M. COLLAZO RODRIGUEZ**, debtor in the above captioned

case, through the undersigned attorney, and very respectfully states and prays as follows:

1. Debtor her changed her postal address as follows:

> ***5018 WHISPERING WING, LN
> MASCOTTE
> FLORIDA, PR 34753-8879***

2. Attached is an Amended Master Address List to reflect the correction.

**WHEREFORE**, debtor respectfully requests from this Honorable Court take notice of the  a

foregoing and Order the Clerk's office to amend and correct the aforementioned

information.

I CERTIFY that on this same date a copy of this notice was sent via electronically

mailed to the Chapter 7 Trustee, and regular mail to debtor, Laura M. Collazo Rodriguez,

5018 Whispering Wing, L.N. Mascotte, Florida 34753-8879 and all creditors appearing in

the amended master address list, hereby attached.

*Page – 2 –*
*Debtors' Informative motion RE: Change Postal Address*
*Case no. 10-07606 ESL*

RESPECTFULLY SUBMITTED. In San Juan, Puerto Rico, this 23[h] day of February,

2011.

/s/ Roberto Figueroa Carrasquillo
ROBERTO FIGUEROA CARRASQUILLO
ATTORNEY FOR PETITIONER
USDC #203614
PO BOX 193677
SAN JUAN PR 00919-3677
TEL NO 787-744-7699 FAX 787-746-5294
Email: rfigueroa@prtc.net